# EXHIBIT B



Menu
Search
Account

☎ 888.503.1317   ✉ CHAT LIVE WITH AN LED EXPERT   ABOUT US   SUPPORT   CUSTOM OEM SOLUTIONS   MY ACCOUNT

Search our site

🛒 Cart

Flexible / Strip Lights ∨   Recessed In-Ceiling Lights ∨   Flood Lights ∨   Commercial ∨   Residential ∨   Exterior ∨   Underwater Lights ∨   Power Supplies & Controls ∨

Home  >  B-Series (Bendable) Zig-Zag Flexible LED Strip Light - Standard Bright (18 LEDs/foot)

# B-Series (Bendable) Zig-Zag Flexible LED Strip Light - Standard Bright (18 LEDs/foot)



In Stock (usually ships same or next business day)

SKU  AL-SL-B-S

**$42.99** per reel (each reel is 16.4')

**LED LIGHT COLOR**                    CLICK FOR HELP CHOOSING

**WATERPROOFING**                    CLICK FOR HELP CHOOSING

NON-WATERPROOF

Comes with 3M          Mounts with
adhesive tape         mounting strips
backing

**VOLTAGE**                    CLICK FOR HELP CHOOSING

12VDC

Requires a power
supply

Qty   1

**Add to Cart**





Share:

## Details

|  |
|---|
| PRODUCT DETAILS |
| TECHNICAL DOCS & VIDEOS |
| FAQ |
| ACCESSORIES |
| POWER SUPPLY CALCULATOR |
| WHY ASPECTLED? |

aspectLED's Flexible LED strip lights are a perfect solution for a wide variety of architectural and accent lighting applications including; cove lighting, under-cabinet lighting, back-lighting, pathway lighting and decorative lighting. Our Standard Bright B-Series (bendable) flexible LED strip lights are made with wire leads on both ends of each 16.4' reel and can be cut every 2", allowing you to cut pieces to the exact length that you need.

B-Series Zig-Zag LED strip lights are a unique product that allows much sharper horizontal turns than traditional LED strip lights, allowing creations that wouldn't otherwise be possible. Please note: B-Series flexible strip light is not compatible with aspectLED's strip light connectors.



## Physical Dimensions & Specifications

|  | NON-WATERPROOF |
|---|---|
| Part # | AL-SL-BN-S |
| Dimensions | 5/16" (8mm) wide<br>1/16" (2mm) thick<br>16.4' (5M) long |
| Distance Between LEDs | 9/16" (14mm) |
| Cut Length | 2" |
| IP Rating | IP20 Indoor Use<br>Dry Location |
| Adhesive Backing | Yes / 3M Adhesive |
| Mounting Method | Adhesive Backing |
| Input Voltage | 12VDC |
| Beam Angle | 120 Degrees |
| Dimmable | Yes |
| Power Consumption | 2.2 Watts per foot<br>(7.2 Watts per meter) |
| Luminous Flux | 360 Lumens per foot |
| LED Type | SMD 2835 LED Chips |
| LED Color | Warm White: 3000K<br>Neutral White: 4000K<br>DayWhite: 6000K |
| LED Quantity | 18 LEDs per foot<br>(300 per reel) |
| Max Run | 16.4 feet |
| Weight | 0.4 lbs per reel |
| Average Lifespan | 50,000 hours |
| Warranty | 1 Year |
| Suitable Uses | Dry Location Only |
| Standards / Certifications | RoHS, UL Listed |

### Features:

- Maintenance free
- Solid-state construction makes for high shock and vibration resistance
- SMD 2835 LEDs are super bright, high intensity and low power consumption
- Extremely long life: up to 50,000 hours with very low time-luminosity decay
- No RF interference
- Custom flexible PCB board color are available in white, black (special order) or yellow (special order)

### Applications:

- Architectural lighting for canopies, corridors, archways, windows
- Downlighting or uplighting for wall wash applications
- Backlighting or edgelighting for signage
- Edge-lighting for glass
- Under-cabinet, toe-kick, in-cove moldings
- DIY projects
- Safety stairtread and step marking
- Decorative lighting for holidays, tradeshows, exhibitions
- Under counter lighting

Reviews

 SUBMIT CONNECT

| RESOURCE CENTER | CUSTOMER SERVICE | COMPANY INFO | BUSINESS SERVICES | NEWSROOM |
|---|---|---|---|---|
| LED Strip Light Setup | Contact Us | About aspectLED | OEMs/Custom Product Manufacturing | aspectLED Overview |
| Guide to Recessed Lights | Shipping & Delivery | We're Hiring | Distributor Accounts | Images & Assets |
| Converting CFL T8s to LED | FAQ | | Product Customizations | Media Contacts |
| Installation Guides | Returns & Exchanges | | Lighting Design | |
| Applications | Warranty | | | |
| LED Glossary | | | | |

Copyright (c) 2020 ASP Holdings, Inc. All rights reserved.
Minneapolis, Minnesota USA

Terms Of Sale / Service | Privacy Policy

